IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv427-TMH |
| | ) | |
| FRANK MEREDITH, DETECTIVE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

On June 19, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's complaint against Defendants Elofson and Valeska are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(I) and/or (iii);

2. Defendants Elofson and Valeska are DISMISSED as parties to the complaint prior to service of process;

3. Plaintiff's complaint against the remaining defendants is REFERRED back to the magistrate judge for additional proceedings.

Done this the 1st day of August, 2008.

                                                /s/ Truman M. Hobbs
                                      _____
                                      SENIOR UNITED STATES DISTRICT JUDGE